■ In the Matter of the Estate of NORA G. SIEBERT, Deceased, Respondent. MYRTLE E. GILBERT, as Executrix of EARL

E. GILBERT, Deceased, Appellant. [627 NYS2d 593] —Order unanimously affirmed without costs for reasons stated in decision at Genesee County Surrogate's Court, Morton, S. (Appeal from Order of Genesee County Surrogate's Court, Morton, S.—Will Construction.) Present—Green, J. P., Fallon, Wesley, Callahan and Balio, JJ.